## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 22-10545-JCM |
| | : | |
| **Ross C. Langley** | : | Chapter 13 |
| *Debtor* | : | |
| | : | Related to Claim No. 11 |
| | : | |
| **Home Point Financial Corporation** | : | |
| *Movant* | : | |
| | : | Document No. |
| | : | |
| V. | : | |
| | : | |
| **Ross C. Langley,** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Home Point Financial Corporation** *Claim No. 11* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of **$821.81 effective 12/1/2023.**

Dated:  November 15, 2023

By:   /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
 E-Mail: rebeka@seelingerlaw.com