**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROSS C LANGLEY | Case No. 22-10545JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>HOME POINT FINANCIAL CORP** | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   LOAN HAS BEEN SERVICE RELEASED TO AN UNNAMED SERVICER.

| | |
|---|---|
| HOME POINT FINANCIAL CORP**<br>C/O SERVICEMAC LLC<br>9726 OLD BAILES RD - STE 200<br>FORT MILL, SC 29707 | Court claim# 11/Trustee CID# 2 |

The Movant further certifies that on 01/11/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROSS C LANGLEY, 7289 MERRITT DRIVE, FAIRVIEW, PA  16415

DEBTOR'S COUNSEL:
REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
HOME POINT FINANCIAL CORP**, C/O SERVICEMAC LLC, 9726 OLD BAILES RD - STE 200, FORT MILL, SC  29707

NEW CREDITOR: