**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ROSS C LANGLEY

Case No. 22-10545JCM

Debtor(s)

Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Movant
vs.

Document No __

HOME POINT FINANCIAL CORP**

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

LOAN HAS BEEN SERVICE RELEASED TO AN UNNAMED SERVICER.

HOME POINT FINANCIAL CORP**
C/O SERVICEMAC LLC
9726 OLD BAILES RD - STE 200
FORT MILL, SC 29707

Court claim# 11/Trustee CID# 24

The Movant further certifies that on 01/11/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROSS C LANGLEY, 7289 MERRITT DRIVE, FAIRVIEW, PA  16415

DEBTOR'S COUNSEL:
REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
HOME POINT FINANCIAL CORP**, C/O SERVICEMAC LLC, 9726 OLD BAILES RD - STE 200, FORT MILL, SC  29707

NEW CREDITOR: